IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:07CR156
                               )
     v.                        )
                               )
MARSHALL J. WASHINGTON,        )         ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing hearing due to proposed guideline amendments (Filing No. 40). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that sentencing is rescheduled for:

**Thursday, November 15, 2007, at 9:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 29th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court