IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR156 |
| | ) | |
| v. | ) | |
| | ) | |
| MARSHALL J. WASHINGTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue supervised release disposition hearing (Filing No. 130). The Court notes plaintiff has no objection. Accordingly,

IT IS ORDERED that defendant's motion is granted. The hearing on the petition for warrant or summons for offender under supervision (Filing No. 114) is rescheduled for:

**Thursday, April 21, 2016, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 25th day of January, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court